**United States District Court**
**Northern District of New York**

| | | |
|---|---|---|
| MARY HAYHURST, | ) | Case 3:24-cv-00649 |
| *Plaintiff*, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| MARTIN O'MALLEY, | ) | |
| Commissioner of | ) | |
| Social Security, | ) | |
| *Defendant*. | ) | |

### Stipulation and Order for Remand

The parties stipulate that, pursuant to the fourth sentence of 42 U.S.C. § 405(g), the Commissioner's final decision be reversed and that this action be remanded to the Commissioner for further administrative proceedings. The parties agree that on remand, the Commissioner will offer the plaintiff the opportunity for a hearing, take further action as necessary to complete the administrative record, and issue a new decision. The parties consent to the entry of judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Respectfully Submitted,

| | |
|---|---|
| MARTIN O'MALLEY | MARY HAYHURST, |
| By His Attorneys, | By Her Attorney, |
| Carla B. Freedman, | Peter A. Gorton |
| United States Attorney | |
| */s/ Shannon Fishel* | */s/ Peter A. Gorton* |
| Shannon Fishel | Peter A. Gorton |
| Special Assistant United States Attorney | Attorney for Plaintiff |
| Office of Program Litigation, Office 2 | 1500 East Main Street |
| Office of the General Counsel | P.O. Box 89 |
| Social Security Administration | Endicott, NY 13761-0089 |
| 6401 Security Boulevard | (607) 754-0500 |
| Baltimore, MD 21235 | lgattorneys@stny.rr.com |
| (404) 562-1076 | |
| Shannon.Fishel@ssa.gov | |

IT IS SO ORDERED:

Thérèse Wiley Dancks
U.S. Magistrate Judge

Dated: 8/14/2024